IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV303-MU

BONNIE BLOUNT,                    )
                                  )
        Plaintiff,                )
                                  )
vs.                               )                    ORDER
                                  )
JO ANNE BARNHART,                 )
Commissioner of Social Security,  )
                                  )
        Defendant.                )
_____)


        This matter is before the Court upon the memorandum and recommendation of United

States Magistrate David C. Keesler, filed September 1, 2009. The parties were advised that

pursuant to 28 U.S.C. § 636(b)(1)(C), written objections to the memorandum and

recommendation must be filed within 10 days after service of the memorandum.  It appears to the

court that the parties have not filed any such objections.

        After an independent and thorough review of the magistrate's memorandum, the court

concludes that there is no clear error on the face of the record and that the recommendation to

deny Plaintiff's Motion for Summary Judgment and grant the Defendant's Motion for Summary

Judgment is correct and in accordance with law.  Accordingly, the findings and conclusions of

the magistrate are accepted, Plaintiff's Motion for Summary Judgment is DENIED, and the

Defendant's Motion for Summary Judgment is GRANTED.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: October 5, 2009

Graham C. Mullen
United States District Judge