# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Bonnie Blount,

       Plaintiff,                            JUDGMENT IN A CIVIL CASE

vs.                                     3:06-cv-303-GCM

Jo Anne B. Barnhart,

       Defendant.

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 5, 2009 Order.

October 5, 2009

Frank G. Johns, Clerk
United States District Court